**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 09-7048**

_____

UNITED STATES OF AMERICA,

                Plaintiff – Appellee,

      v.

MONTE DUBOIS GREGORY,

                Defendant – Appellant.

_____

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Frank D. Whitney, District Judge.  (3:08-cv-00482-FDW)

_____

Submitted:  October 27, 2009      Decided:  December 10, 2009

_____

Before NIEMEYER, MICHAEL, and SHEDD, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Monte Dubois Gregory, Appellant Pro Se.  Gretchen C. F. Shappert, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Monte Dubois Gregory appeals the district court's order denying Gregory's motion to compel the Government to file a Federal Rule of Criminal Procedure 35(b) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Gregory</u>, No. 3:08-cv-00482-FDW (W.D.N.C. Apr. 15, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>